**M&T Bank**

Manufacturers and Traders Trust Company, One M&T Plaza, Buffalo, New York 14203  PH 716 842-5401  FX 716 842-5376
e-mail: sronan@mtb.com

Sean D. Ronan
Vice President and Senior Counsel

March 1, 2013

**E-FILED: U.S. DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

Hon. Hugh B. Scott
United States Magistrate Judge
2 Niagara Square
Buffalo, New York   14202

Re:   Jia Sheng vs. M&T Bank Corporation, et al.
      U.S. District Court; Western District of New York
      No. 12 Civ. 01103 (WMS) (HBS)

Dear Judge Scott:

This letter will confirm that I and opposing counsel, Ari Graff, have conferred regarding the selection of a mediator. We have reached agreement on engaging Krista Gottlieb and I have spoken with her regarding this matter.

We have just received confirmation from Ms. Gottlieb that she has no conflicts and we expect to make arrangements on a scheduled mediation date shortly. As such, we would respectfully ask for a brief extension of time in which to file the necessary stipulation until **Friday March 8, 2013**. Thank you for your consideration of this matter.

Respectfully submitted,

*Sean D. Ronan*
Sean D. Ronan

SDR/cak

CC:   Ariel Y. Graff, Esq.
      The Ottinger Firm, P.C.
      20 West 55th Street, 6th Floor
      New York, NY 10019