UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JIA SHENG,

                               Plaintiff,

v.                                                  Civil Docket No.: 12 Civ. 01103 (WMS)
                                                                                   (HBS)

M&T BANK CORPORATION and
MANUFACTURERS AND TRADERS TRUST
COMPANY, d/b/a M&T BANK

                               Defendants.

---

       IT HEREBY IS STIPULATED AND AGREED, by and between plaintiff and counsel for defendant, that Krista Gottlieb has been selected, contacted and has agreed to serve as Mediator for this action.

       IT IS FURTHER STIPULATED AND AGREED, that counsel will participate in the mediation session in good faith and confer with the Mediator regarding the scheduling of additional conference(s), bearing in mind the deadline for the completion of ADR set forth in the Court's Scheduling Order.

Dated: March 8, 2013                                              Dated: March 8, 2012

/s/Sean D. Ronan                                        /s/Ariel Y. Graff
M&T Bank                                                              Counsel for Plaintiff
Counsel for Defendants                         THE OTTINGER FIRM, P.C.
Legal Department, 12th Floor                 20 West 55th Street, 6th Floor
One M&T Plaza                                    New York, NY 10019
Buffalo, NY 14203                                (212) 571-2000
(716) 842-5401