**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JIA SHENG,<br><br>                Plaintiff,<br><br>            v.<br><br>M&T BANK CORPORATION, and MANUFACTURERS & TRADERS TRUST COMPANY, d/b/a M&T BANK<br><br>                Defendants. | No. 12 Civ. 01103 (WMS)(HBS) |

      **PLEASE TAKE NOTICE** that George D. Vallas of The Ottinger Firm, P.C., hereby enters his appearance as counsel on behalf of Plaintiff in the above-captioned matter.

Dated: October 7, 2013
       New York, New York

Respectfully submitted,

**THE OTTINGER FIRM, P.C.**

By: ___/s/ George D. Vallas_____
      George D. Vallas

20 West 55th Street, 6th Floor
New York, NY 10019
T: (212) 571-2000
F: (212) 571-0505
george@ottingerlaw.com

*COUNSEL FOR PLAINTIFF*