UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JIA SHENG,

                        Plaintiff,

    v.                                             No. 12-Civ. 01103 (HBS)

M&T BANK CORPORATION and                           **DEFENDANTS' EXHIBIT LIST**
MANUFACTURERS AND TRADERS TRUST
COMPANY, d/b/a M&T BANK,

                        Defendants.
_____

Defendants, M&T Bank Corporation and Manufacturers and Traders Trust Company, d/b/a M&T Bank (collectively "Defendants" or "M&T"), by their attorney Sean D. Ronan, pursuant to the Court's Final Pretrial Order (Dkt. #43), submits the following list of exhibits that he may seek to introduce at the trial of this matter:

| | **DEFENDANTS' EXHIBIT LIST** | |
|---|---|---|
| <u>**No.**</u> | **Description of Document** | **Source of Doc. / Bates No.** |
| D1 | Position Description for Quality Control Team Lead | Produced by Defts. on 4/2/13 M&T000002-000003 |
| D2 | Email, dated 5/31/12 at 4:57 PM, from Speare to CT Employees, re: CT Organizational Announcement | Produced by Defts. on 4/2/13 M&T000005-000007 |
| D3 | Sheng's Annual Performance Appraisal for the period of 01/25/10 – 10/2010 | Produced by Defts. on 4/2/13 M&T000009-000016 |
| D4 | M&T Bank Employee Handbook, Equal Employment Opportunity Policy (EEO) | Produced by Defts. on 4/2/13 M&T000057-000060 |
| **D5** | **JOINT EXHIBIT -- Sheng's M&T Bank Pay Summary for the years 2010, 2011 and 2012** | **Produced by Defts. on 4/2/13 M&T000075, 000077, 000079** |

| | | |
|---|---|---|
| D6 | Email thread, (at top) dated 6/7/12 at 7:33 PM, from Basciani to Sheng re: "Impact of new build to current WBK app regression." | Produced by Defts. on 4/2/13 M&T000136-000140 |
| D7 | Email thread, (at top) dated 6/8/12 at 12:56 PM, from Basciani to Sheng, re: "Automation in the SPO environment" | Produced by Defts. on 4/2/13 M&T000145 |
| D8 | Email thread, (at top) dated 6/8/12 at 2:04 PM, from Basciani to Sheng, re: "Automated Testing" | Produced by Defts. on 4/2/13 M&T000146-000147 |
| D9 | Email thread, (at top) dated 6/8/12 at 5:29 PM, from Sheng to Basciani, re: "Expired AWA," w attachments | Produced by Defts. on 4/2/13 M&T000148-000155 |
| D10 | Email thread, (at top) dated 6/8/12 at 5:53 PM, from Sheng to Basciani, re: "SPO app regression contingency planning" | Produced by Defts. on 4/2/13 M&T000156-000159 |
| D11 | Email, dated 6/11/12 at 12:34 PM, from Holcomb to Sheng re: "AWA question," w attachment | Produced by Defts. on 4/2/13 M&T000161-000164 |
| D12 | Email thread, (at top) dated 6/25/12 at 2:36 PM, from Sheng to Holcomb, Basciani, re: "I'm back: Sporadic time from noon . . ." | Produced by Defts. on 4/2/13 M&T000179 |
| D13 | Email thread, (at top) dated 6/27/12 at 5:22 PM, from Holcomb to Sheng re: "Updated AWA Policy," w attachments | Produced by Defts. on 4/2/13 M&T000182-000189 |
| D14 | Email thread, (at top) dated 6/28/12 at 11:36 AM, from Sheng to Basciani, re: "Updated AWA policy" | Produced by Defts. on 4/2/13 M&T000190 |
| D15 | Email thread, (at top) dated 6/28/12 at 12:55 PM, from Basciani to Sheng, re: "Updated AWA policy" | Produced by Defts. on 4/2/13 M&T000194-000196 |
| D16 | Email thread, (at top) dated 6/28/12 at 1:10 PM, from Sheng to Hannibal, re: "Updated AWA policy" | Produced by Defts. on 4/2/13 M&T000197-000199 |
| D17 | Email thread, (at top) dated 7/2/12 at 3:48 PM, from Sheng to Holcomb, re: "Updated AWA policy  - call in #  . . ." | Produced by Defts. on 4/2/13 M&T000203-000205 |
| **D18** | **JOINT EXHIBIT -- Email thread, 7/19/12 at 9:43 AM, from Sheng to Hannibal, re: "7/3 follow up meeting?" w MD note** | **Produced by Defts. on 4/2/13 M&T000216-000219** |
| D19 | Email thread, (at top) dated 7/30/12 at 1:57 PM, from Holcomb to Sheng, re: "Final document attached: LSS00043 . . ." | Produced by Defts. on 4/2/13 M&T000226-000229 |
| D20 | Email thread, (at top) dated 7/30/12 at 4:46 PM, from Sheng to Holcomb, re: "Correspondence" | Produced by Defts. on 4/2/13 M&T000230-000231 |
| D21 | Email thread, (at top) dated 8/8/12 at 2:20 PM, from Sheng to Holcomb, Hannibal, re: "Expired AWA . . ." w attachments | Produced by Defts. on 4/2/13 M&T000233-000247 |
| D22 | Email thread, (at top) dated 8/8/12 at 3:33 PM, from Sheng to Hannibal re: "Jia's AWA request" | Produced by Defts. on 4/2/13 M&T000248-000251 |

| | | |
|---|---|---|
| D23 | Email thread, (at top) dated 8/15/12 at 2:25 PM, from Sheng to Holcomb, re: "Security Patch Test Case Review" w attachment | Produced by Defts. on 4/2/13 M&T000256-000261 |
| D24 | Email thread, (at top) dated 9/10/12 at 5:20 PM, from Holcomb to Sheng, Hannibal, re: "AWA Update" | Produced by Defts. on 4/2/13 M&T000271 |
| D25 | Human Resources – Compensation System, Employee Compensation Profile for Jia Sheng, reported 3/6/13 at 2/18 PM | Produced by Defts. on 4/2/13 M&T000283 |
| D26 | Email thread, (at top) dated 6/11/12 at 4:35 PM, from Holcomb to Basciani, re: "Follow-up" | Produced by Defts. on 4/2/13 M&T000289 |
| D27 | Email thread, (at top) dated 6/17/12 at 10:14 PM, from Basciani to Holcomb re: "What's wrong with Lynn Sherk?" | Produced by Defts. on 4/2/13 M&T000320 |
| D28 | Email thread, (at top) dated 6/28/12 at 11:34 AM, from Lee to Holcomb re:, "Updated AWA policy" | Produced by Defts. on 4/2/13 M&T000325-000326 |
| **D29** | **JOINT EXHIBIT -- Email thread, (at top) 6/28/12 at 11:47 AM, from Basciani to Holcomb, re: "Updated AWA policy"** | **Produced by Defts. on 4/2/13 M&T000334-000336** |
| D30 | Email thread, (at top) dated 6/28/12 at 12:54 PM, from Basciani to Holcomb, re: "Updated AWA policy" | Produced by Defts. on 4/2/13 M&T000345-000347 |
| D31 | Email thread, (at top) dated 6/28/12 at 12:55 PM, from Basciani to Sheng, re: "Updated AWA policy" | Produced by Defts. on 4/2/13 M&T000348-000350 |
| D32 | Email thread, (at top) dated 7/6/12 at 8:04 PM, from Holcomb to Hannibal, re: "Updated AWA policy" | Produced by Defts. on 4/2/13 M&T000359-000362 |
| D33 | Email thread, (at top) dated 7/9/12 at 1:25 PM, from Holcomb to Hannibal, re: "Updated AWA policy" | Produced by Defts. on 4/2/13 M&T000367-000370 |
| D34 | Email thread, (at top) dated 7/11/12 at 4:10 PM, from Holcomb to Hannibal, re: "Updated AWA policy" | Produced by Defts. on 4/2/13 M&T000372-000376 |
| D35 | Email thread, (at top) dated 7/12/12 at 3:00 PM, from Holcomb to Hannibal, re: "Updated AWA policy" | Produced by Defts. on 4/2/13 M&T000390-000394 |
| D36 | Email thread, (at top) dated 7/12/12 at 5:22 PM, from Holcomb to Harrell, re: "Updated AWA policy" | Produced by Defts.on 4/2/13 M&T000403-000408 |
| D37 | Email thread, (at top) dated 7/12/12 at 6:23 PM, from Holcomb to Hannibal, re: "Updated AWA policy" | Produced by Defts. on 4/2/13 M&T000415-000420 |
| D38 | Email thread, (at top) dated 7/17/12 at 9:34 AM, from Holcomb to Basciani, re: "HR Follow-Up" | Produced by Defts.on 4/2/13 M&T000427 |
| D39 | Email thread, (at top) dated 8/8/12 at 4:23 PM, from Hannibal to Holcomb, re: "Jia's AWA request" | Produced by Defts. on 4/2/13 M&T000465-000468 |

| | | |
|---|---|---|
| D40 | Email thread, (at top) dated 8/10/12 at 10:17 AM, from Holcomb to Basciani, re: "Security Patch Test Case Review . . ." | Produced by Defts. on 4/2/13 M&T000473-000478 |
| D41 | Email thread, (at top) dated 8/15/12 at 3:16 PM, from Holcomb to Lee, re: "Test Environment for Security Patch Automation" | Produced by Defts. on 4/2/13 M&T000479-000480 |
| D42 | Email thread, (at top) dated 8/22/12 at 7:37 AM, from Lee to Hannibal, Holcomb, re: "Jia's AWA request" w attachment | Produced by Defts. on 4/2/13 M&T000486-000492 |
| D43 | Email thread, (at top) dated 9/6/12 at 9:55 AM, from Basciani to Holcomb, re: "Discuss the IA test case issue for Automation" | Produced by Defts.on 4/2/13 M&T000513-000514 |
| D44 | *(Numbering Error – No Exhibit)* | |
| D45 | Email thread, (at top) dated 9/6/12 at 4:09 PM, from Holcomb to Hannibal, Lee re: "Jia's AWA request" | Produced by Defts. on 4/2/13 M&T000516-000517 |
| D46 | Email thread, (at top) dated 9/10/12 at 8:39 AM, from Holcomb to Lee, re: "New Cert regions" | Produced by Defts. on 4/2/13 M&T000518-000521 |
| D47 | Email thread, (at top) dated 8/22/12 at 10:08 AM, from Hannibal toThompson, re: "Jia's AWA request" | Produced by Defts. on 4/2/13 M&T000561-000565 |
| D48 | Email thread, (at top) 7/19/12 at 10:13 AM, from Hannibal to Thompson, re: "7/3 follow up meeting?" | Produced by Defts. on 4/2/13 M&T000567-000569 |
| D49 | Email thread, (at top) dated 8/22/12 at 10:08 AM, from Hannibal to Thompson re: "Jia's AWA request" | Produced by Defts. on 4/2/13 M&T000592-000596 |
| D50 | Email thread, (at top) 9/10/12 at 12:58 PM, from Hannibal to Thompson, re: "Call me . . ." | Produced by Defts. on 4/2/13 M&T000603 |
| **D51** | **JOINT EXHIBIT --Letter, dated 9/11/12, from Hannibal to Sheng, re: elimination of position w Severance Agreement, etc.** | **Produced by Defts. on 4/2/13 M&T000607-000613** |
| D52 | Email thread, (at top) dated 9/17/12 at 2:09:45 PM, from Thompson to Hannibal, re: "Jia Sheng" | Produced by Defts. on 4/2/13 M&T000617-000620 |
| D53 | Email thread, (at top) dated 12/2/11 at 2:57 PM, from Sheng to Basciani, re: "Loan Payments batch Q&A" | Produced by Defts. on 4/2/13 M&T000651-000652 |
| D54 | Email thread, (at top) dated 11/4/11 at 10:47 AM, from Sheng to Basciani, re: "eStatements & Loan Payment Code Merge" | Produced by Defts. on 4/2/13 M&T000663-000667 |
| D55 | Email thread, (at top) dated 11/1/11 at 11:16 AM, from Sheng to Basciani, re: Memo: App Regression Resource Discussion 10/20 | Produced by Defts. on 4/2/13 M&T000684-000685 |
| D56 | Email thread, (at top) dated 11/1/11 at 10:16 AM, from Holcomb to Basciani, re: "Cycle 3 vs. Regression" | Produced by Defts. on 4/2/13 M&T000686 |

| | | |
|---|---|---|
| D57 | Email, dated 10/27/11 at 8:27 PM, from Sheng to Basciani, re: "Got your voice message: about late strategic change . . ." | Produced by Defts. on 4/2/13 M&T000690 |
| D58 | Email thread, (at top) dated 10/26/11 at 7:57 PM, from Sheng to Basciani, re: "Reminder. By 3pm Wed. 10/26: Final Update…" | Produced by Defts. on 4/2/13 M&T000695-000696 |
| D59 | Email thread, (at top) dated 10/24/11 at 1:26 PM, from Sheng to Basciani, Holcomb re: "Need instruction: App Regression . . ." | Produced by Defts. on 4/2/13 M&T000728-000729 |
| **D60** | **JOINT EXHIBIT -- Jia Sheng's Resumes** | **Produced by Defts. on 4/2/13 M&T001007-001012** |
| D61 | Handwritten notes, re: Sheng's performance | Produced by Defts. on 4/2/13 M&T001013 |
| D62 | Handwritten notes, re: Sheng's performance | Produced by Defts. on 4/2/13 M&T001164 |
| D63 | Business case re reorganization of Central Technology and decentralization of Quality Assurance | Produced by Defts. on 4/2/13 M&T001183-001184 |
| D64 | Email, dated 9/6/12 at 1:48 PM, from Hannibal to Holcomb and Lee re: "Jia's AWA request" | Produced by Defts. on 4/2/13 M&T001185-001186 |
| D65 | Email thread, (at top) dated 9/10/12 at 10:55 PM, from Holcomb to Hannibal and Sheng re: "AWA Update" | Produced by Defts. on 4/2/13 M&T 001190-001191 |
| D66 | Email thread, (at top) dated 9/6/12 at 4:09 PM, from Holcomb to Hannibal and Lee re: "Jia's AWA request" | Produced by Defts. on 4/2/13 M&T001192-001193 |
| D67 | Email thread, (at top) dated 8/22/12 at 7:37 AM, from Lee to Hannibal and Holcomb re: "Jia's AWA request" | Produced by Defts. on 4/2/13 M&T001194-001200 |
| D68 | M&T Bank Alternative Work Arrangement (AWA) Request signed by Sheng and dated 1/4/12 | Produced by Defts.on 4/2/13 M&T001209-001211 |
| D69 | Email thread, (at top) dated 8/8/12 at 4:23 PM, from Hannibal to Holcomb re: "Jia's AWA Request" | Produced by Defts. on 4/2/13 M&T001212-001215 |
| D70 | Email thread, (at top) dated 8/8/12 at 3:33 PM, from Sheng to Hannibal re: "Jia's AWA request" | Produced by Defts. on 4/2/13 M&T001216-001219 |
| D71 | Email thread, (at top) dated 7/23/12 at 3:50 PM, from Lee to Hannibal and Holcomb re: "Jia Sheng" | Produced by Defts. on 4/2/13 M&T001232 |
| D72 | Email thread, (at top) dated 7/19/12 at 9:43 AM, from Sheng to Hannibal re: "7/3 follow up meeting?" | Produced by Defts. on 4/2/13 M&T001234-001236 |
| D73 | Email, dated 7/16/12 at 5:08 PM, from Thompson to Holcomb, Lee, Hannibal re: "HR Follow-Up" | Produced by Defts. on 4/2/13 M&T001237 |

| | | |
|---|---|---|
| D74 | Email Meeting Notice, Start Fri. 7/13/2012 3:30 PM, Subject "Jia Zheng" | Produced by Defts. on 4/2/13 M&T001238 |
| D75 | Email thread, (at top) dated 7/12/12 6:23 PM, from Holcomb to Hannibal re: "Updated AWA policy" | Produced by Defts. on 4/2/13 M&T001239-001244 |
| D76 | Email thread, (at top) dated 7/9/12 at 1:25 PM, from Holcomb to Hannibal re: "Updated AWA policy" | Produced by Defts. on 4/2/13 M&T001246-001249 |
| D77 | Email thread, (at top) dated 7/8/12 at 5:51 PM, from Stacey to Holcomb re: "Space in California locations" | Produced by Defts. on 4/2/13 M&T001250 |
| D78 | Email thread, (at top) dated 7/3/12 at 1:30 PM, from Merrifield to Siuda, Deluca re: "Costa Mesa & LA" | Produced by Defts. on 4/2/13 M&T001251 |
| D79 | Email thread, (at top) Meeting Notice for "Updated AWA Policy" Start 7/3/12 at 10:00 AM. | Produced by Defts. on 4/2/13 M&T001254-001256. |
| D80 | Handwritten notes, dated 7/3/12, re: "AWA review with Jia." | Produced by Defts. on 4/2/13 M&T001267-001269 |
| D81 | Email thread, (at top) dated 7/11/12 at 4:10 PM, from Holcomb to Hannibal, re: "Updated AWA policy" | Produced by Defts. on 4/2/13 M&T001272-001276 |
| D82 | Email thread, (at top) dated 6/28//12 at 3:36 PM, from Basciani to Holcomb, re: "Updated AWA Policy" | Produced by Defts. on 4/2/13 M&T001277 |
| D83 | Email thread, (at top) dated 6/28/12 at 11:43 AM, from Holcomb to Hannibal, Helmin, re: "Updated AWA policy" | Produced by Defts. on 4/2/13 M&T001280-001281 |
| D84 | Email thread, (at top) dated 6/8/12 at 5:29 PM, from Sheng to Holcomb, re: "Expired AWA" w attachments | Produced by Defts. on 4/2/13 M&T001285-001293 |
| D85 | Email, dated 6/3/11 at 9:39 AM, from FMLA Notification from UNUM to Holcomb, re: Update Sheng | Produced by Defts. on 4/2/13 M&T001296 |
| D86 | Email, dated 10/15/10 at 4:45 PM, from Sheng to Holcomb, re "Address" w notes re birth of baby | Produced by Defts. on 4/2/13 M&T001297 |
| D87 | Defendants Exhibit Q to its 4/2/13 production<br>Re: AWA Policy | Produced by Defts. on 4/2/13 M&T001322-001356 |
| D88 | Defendants Exhibit R to its 4/2/13 production<br>Re: Henner's AWA | Produced by Defts. on 4/2/13 M&T001357-001380 |
| D89 | Defendants Exhibit W to its 4/2/13 production<br>Re: Sheng's EEOC Charge | Produced by Defts. on 4/2/13 M&T001394-001424 |
| D90 | M&T Bank Alternative Work Arrangement (AWA) Request by Jia Sheng. Date of Request 1/3/12. | Produced by Pltf. P001-003 |

| | | |
|---|---|---|
| **D91** | **JOINT EXHIBIT --M&T letter dated 1/18/11, from Holcomb to Sheng, re: Salary Increase effective 2/11/11.** | **Produced by Pltf. P004** |
| **D92** | **JOINT EXHIBIT -- M&T letter dated 1/18/12, from Holcomb to Sheng, re: Salary Increase effective 2/10/12.** | **Produced by Pltf. P005** |
| D93 | M&T letter dated 7/19/10, from Greenauer to Whom it May Concern, re: Sheng's job status "Be advised that Jia . . ." | Produced by Pltf. P042 |
| D94 | M&T letter dated 7/8/10, from Greenauer to Citizenship & Immigration Services, re: "Notification Change of Employment" | Produced by Pltf. P043-044 |
| D95 | NYS DOL letter dated 11/5/12, from Commissioner of Labor to Sheng, re: request for the transfer of wages to New York . . ." | Produced by Pltf. P045-046 |
| D96 | Telephone Call Record of Sheng's call to Izu's office on 7/18/12 at 1:16 PM, re: "Patient doesn't want to travel . . ." | Produced by Pltf. P097-098 |
| D97 | Emails in March 2013 between Sheng and employment agencies re: job search. Starts "Please confirm our meeting . . ." | Produced by Pltf. P103-109 |
| D98 | Email thread, (at top) dated 6/5/13 at 11:56 AM, Sheng to Bhardwaj re: job search. Starts "I had 1.5 year remote testing…" | Produced by Pltf. P150-151 |
| **D99** | **JOINT EXHIBIT -- Resume of Jia Sheng** | **Produced by Pltf. P152-154** |
| D100 | Email thread, (at top) dated 5/29/13 at 1:23 PM, from sheng to Singh re: job search . Starts "Hi, is this position still available?" | Produced by Pltf. P155-P163 |
| D101 | Apex Contract Employee Agreement with Sheng dated 6/17/13 | Produced by Pltf. P183-186 |
| D102 | Email, dated 7/1/13 at 11:56 AM, from Sean Ronan to Krista Gottlieb w cc: Ariel Graf, re: "Sheng" (unconditional offers) | |

Dated:  October 3, 2014           **M&T BANK**
        Buffalo, New York           Sean D. Ronan, Esq.
                                               Thomas K. Frederick, Esq.
                                               *Attorneys for Defendants*

                                               By:  */s/ Sean D. Ronan*
                                                     Sean D. Ronan

                                             One M&T Plaza, 8th Floor
                                             Buffalo, New York 14203
                                             Telephone: (716) 842-5401
                                             sronan@mtb.com
                                             tfrederick@mtb.com