**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

JIA SHENG,

                Plaintiff,

                v.

M&T BANK CORPORATION, and
MANUFACTURERS & TRADERS TRUST
COMPANY d/b/a M&T BANK,

                Defendants.

No. 12 Civ. 01103 (HBS)

**NOTICE OF MOTION REQUESTING THAT THE COURT TAKE JUDICIAL NOTICE OF**
**DEFENDANTS' FINANCIAL INFORMATION**
**DISCLOSED TO THE PUBLIC AND THE SEC**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law,

Declaration of George D. Vallas, and exhibit attached thereto, together with all prior pleadings

and proceedings had herein, Plaintiff Jia Sheng, hereby moves this Court before the Honorable

Hugh B. Scott at the United States District Court, Western District of New York, 2 Niagara

Square, Buffalo, New York 14202 to request that the Court take judicial notice of Defendants

M&T Bank Corporation and Manufacturers & Traders Trust Company's financial information

disclosed to the public and the SEC, and for such further relief as the Court may deem just and

proper.

Dated: New York, New York
       October 3, 2014

                Respectfully submitted,

                **THE OTTINGER FIRM, P.C.**

                By:_____
                   George Vallas
                   Ariel Y. Graff
                401 Park Avenue South
                New York, New York 10016
                Tel: (212) 571-2000
                Fax: (212) 571-0505
                george@ottingerlaw.com
                ari@ottingerlaw.com
                *Counsel for Plaintiff*