UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
───────────────────────────────────────────────

JIA SHENG,

                            Plaintiff,

    v.                                          No. 12 Civ. 01103 (HBS)

M&T BANK CORPORATION, and              **DEFENDANTS' AMENDMENT TO WITNESS LIST**
MANUFACTURERS & TRADERS TRUST
COMPANY, d/b/a M&T BANK,

                            Defendants.
───────────────────────────────────────────────

       Defendants, M&T Bank Corporation and Manufacturers & Traders Trust Company, d/b/a M&T Bank (collectively "Defendants" or "M&T") do hereby amend Defendants' Witness List (filed on October 3, 2014 at Dkt. # 49), by deleting Sean D. Ronan as a witness on the basis that the testimony would be cumulative and unnecessary. This individual will not be called to testify at trial.

Dated:  October 3, 2014
          Buffalo, New York

                                                  **M&T BANK**
                                                  Sean D. Ronan, Esq.
                                                  Thomas K. Frederick, Esq.
                                                  *Attorneys for Defendants*

                                                  By:  */s/ Sean D. Ronan*
                                                        Sean D. Ronan

                                                  One M&T Plaza
                                                  Buffalo, New York  14203
                                                  Telephone: (716) 842-5401
                                                  sronan@mtb.com
                                                  tfrederick@mtb.com