UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JIA SHENG,

                      Plaintiff,

                v.

M&T BANK CORPORATION, and
MANUFACTURERS & TRADERS TRUST
COMPANY, d/b/a M&T BANK,

                      Defendants.

No. 12 Civ. 01103 (HBS)

## DECLARATION OF GEORGE D. VALLAS IN FURTHER SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE CERTAIN EVIDENCE AT TRIAL

George D. Vallas, of full age, being duly sworn according to law, deposes and says:

1. I am an attorney of the Ottinger Firm, P.C., attorneys for Plaintiff Jia Sheng in the above entitled action against Defendants M&T Bank Corporation and Manufacturers and Traders Trust Company d/b/a M&T Bank (collectively "Defendants" or "M&T").

2. I make this declaration in further support of Plaintiff's Motion in Limine to Exclude Certain Evidence at Trial and pursuant to the Court's Order, dated October 14, 2014 (ECF # 68).

3. Attached hereto as "**Exhibit A**" is a true and correct copy of pages from the transcript of the proceedings before the Honorable Hugh B. Scott, dated October 14, 2014.

4. Attached hereto as "**Exhibit B**" is a true and correct copy of pages from the transcript of the deposition of Plaintiff Jia Sheng, dated November 2, 2013.

5. Attached hereto as "**Exhibit C**" is a true and correct copy of a document dated September 18, 2012, bearing the Bates numbers M&T000607-13, produced by Defendants in the course of this litigation.

6. I hereby declare under penalty of perjury that the foregoing statements made by me are true and based on my personal knowledge.

DATED: October 17, 2014
New York, New York

_____
GEORGE D. VALLAS