UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

**JIA SHENG,**

                                  **Plaintiff,**

v.                                                                             Civil No. 12cv1103

**M&T BANK CORPORATION and**
**MANUFACTURERS AND TRADERS**
**TRUST COMPANY, d/b/a M&T BANK,**

                                  **Defendants.**
_____

## MOTION FOR ADMISSION *PRO HAC VICE*

| | |
|---|---|
| Nature of Action: | Employment Discrimination. |
| Moving Party: | Defendants. |
| Directed To: | Plaintiff. |
| Date and Time: | To be scheduled by the Court. |
| Place: | Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York. |
| Supporting Papers: | Declaration of Sean Ronan, Esq. in support of motion for admission *pro hac vice* of Justin C. Eller, dated October 31, 2014. |
| Relief Requested: | An Order of this Court admitting Justin C. Eller *pro hac vice* for purposes of representing the defendants in this action. |
| Grounds for Relief: | Rule 83.1(i) of the Local Rules of the Western District of New York. |
| Oral Argument: | Not Requested. |

Date:  October 31, 2014

                                                      **M&T BANK**
By: s/ Sean D. Ronan, Esq.
Sean D. Ronan
sronan@mtb.com
M&T Bank
One M&T Plaza, 12th Floor
Buffalo, New York 14203
Tel.   (716) 842-5401
Fax.   (716) 842-5376