**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
_____

**JIA SHENG,**

                        **Plaintiff,**

v.                                                                                      Civil No. 12cv1103

**M&T BANK CORPORATION and**
**MANUFACTURERS AND TRADERS**
**TRUST COMPANY, d/b/a M&T BANK,**

                        **Defendants.**
_____


**DECLARATION OF SEAN D. RONAN, ESQ. IN**
**SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

      I declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

      1.      I am an attorney for defendants M&T Bank Corporation and Manufacturers and Traders Trust Company, d/b/a M&T Bank. I was admitted to practice before this Court on June 14, 2005.

      2.      I make this declaration on behalf of defendants in support of the admission *pro hac vice* of Justin C. Eller of the firm of Miles & Stockbridge P.C. for his appearance and participation in this action. Miles & Stockbridge is counsel to defendants.

      3.      Justin C. Eller is a principal of Miles & Stockbridge P.C. The background and bar admissions of Mr. Eller are set forth in his declaration submitted with this motion.

      4.      I have worked with Mr. Eller on various matters since approximately 2009. Mr. Eller has always conducted himself in a professional and moral manner. He is of the

highest caliber attorney and is fit to practice law in this Court.

       5.       I respectfully request that Mr. Eller be admitted *pro hac vice* in this action.

Date:  October 31, 2014

                                                                                      _____s/ Sean D. Ronan_____
                                                                                          Sean D. Ronan