UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

Justin C. Eller
(Name)
TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING
AFFIDAVIT

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF  Erie     )

Sean D. Ronan, being duly sworn deposes and says:

1. I reside at:

5 Fox Chapel Court, Williamsville, NY 14221

and maintain an office for the practice of law at: M&T Bank, 1 M&T Plaza, 8th Floor, Buffalo, NY 14203

2. I am an attorney at law, admitted to practice in the State of New York

_____, I was admitted to practice in the United States District Court for the

Western District of New York on the 14th day of June, 2005.

3. I have known the petitioner since approximately 2009 and under the following circumstances:

Mr. Eller has represented M&T Bank on a variety of legal matters and I have worked with him in my capacity as in-house counsel.

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court:

Mr. Eller has always conducted himself in a professional and moral manner. He is of the highest caliber attorney and is fit to practice law in this Court.

*Sean D. Ronan*
Signature of Sponsoring Attorney

Sworn to before me this 31st day of October, 2014

_____
Notary Public

Susan L. Irving
Notary Public, State of New York
Qualified in Erie County
My Commission Expires March 16, 2017