UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ATTORNEY'S OATH

STATE OF __Maryland__ )
) SS:
__Baltimore__ COUNTY )

I, __Justin C. Eller__ of __Baltimore, MD__
City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United States District Court for the Western District of New York, uprightly and accordingly to law; and I will support the Constitution of the United States. So help me God.

_____
Signature of Attorney

Subscribed and sworn to before me this __31st__
day of __OCT.__, __2014__.

_____
Notary Public

JUDY M. DONNAN
NOTARY PUBLIC
ANNE ARUNDEL COUNTY
MARYLAND
My Commission Expires Apr. 09, 2015

Rev. 2/2000