**ATTORNEY DATABASE INFORMATION**
**For Newly-Admitted Attorneys**

The Clerk's Office maintains a computerized database of attorneys admitted in the District. To ensure the data we enter for you is correct, please fill out the form below and submit it with your other papers when you are admitted. Our local rules require you to report name, firm affiliation, office address or phone number changes within 30 days.

| **Attorney Database Input Sheet** |
|---|
| Please print. If you use two surnames or have a hyphenated surname, please indicate how you would like the name entered into our records, i.e., first surname as middle name, both surnames in last name field, etc. |
| First Name: _____ |
| Middle Name or Initial: _____ |
| Last Name: _____ |
| Firm: _____ |
| Address: _____ |
| _____ |
| Suite: _____ |
| City: _____ State: ____ Zip: _____-____ |
| Phone: ____-____-_____     FAX: ____-____-_____ |
| Bar ID Number: _____ **Required** |
| Date Applied: ____/____/____  Date Admitted: ____/____/____ |
| Method of Admission: _____ (petition, certificate of good standing, pro hac vice) |