## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that on the 31st day of October, 2014, the foregoing was filed electronically with the Clerk of the Court via the CM/ECF system, which will deliver electronic notification to counsel of record for plaintiff Jia Sheng.

               s/ Sean D. Ronan