UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JIA SHENG,

                               Plaintiff,

v.                                      Civil No.: 12-Civ. 01103 (HBS)

M&T BANK CORPORATION and          DEFENDANTS' WITNESS LIST
MANUFACTURERS AND TRADERS TRUST
COMPANY, d/b/a M&T BANK,

                               Defendants.

---

## DEFENDANTS' WITNESS LIST

Defendants, M&T Bank Corporation and Manufacturers and Traders Trust Company, d/b/a M&T Bank (collectively "M&T Bank" or the "Bank"), respectfully submit the following list of witnesses that they may call at the trial of this matter.

1.     Dhana Hannibal (fact)
       Williamsville, NY

Ms. Hannibal, Assistant Vice President and Senior Employee Relations Specialist at M&T Bank, will/is expected to testify about her interactions with Plaintiff including Plaintiff's request for an accommodation to her alternative work arrangement, the determination that her request could not be reasonably accommodated, and the various options that were made available to Plaintiff.

2.     Monica K. Holcomb (fact)
       Lancaster, NY

Ms. Holcomb, Vice President and Systems Manager I at M&T Bank, will/is expected to testify about her interactions with Plaintiff with regard to work-related matters and with regard to the changes being made to Plaintiff's alternative work arrangement. Ms. Holcomb will also

1

testify about the new initiative in their department that necessitated the change to Plaintiff's alternative work arrangement, and about the determination that Plaintiff's request could not be reasonably accommodated.

3. David R. Lee (fact)
   Williamsville, NY

Mr. Lee, Vice President and Systems Manager II at M&T Bank, will/is expected to testify about the new initiative for M&T Bank that necessitated the change to alternative work arrangements – including Plaintiff's. Mr. Lee will also testify about the review of Plaintiff's request for an accommodation, the business needs related to the new initiative, and the determination that Plaintiff's request could not be reasonably accommodated.

4. Melissa Thompson (fact)
   Buffalo, NY

Ms. Thompson, Vice President and Employee Relations Corporate Programs Manager at M&T Bank, will/is expected to testify about M&T Bank's policies with regard to employee requests for accommodations, and the review of and determination regarding Plaintiff's request. Ms. Thompson will also testify about M&T Bank's policies with regard to alternative work arrangements. She will also testify about the various options that were offered to Plaintiff, including the offer of severance.

5. John Walp, Jr. (fact)
   Lockport, NY

Mr. Walp, Administrative Vice President and Corporate Information Security Officer, will/is expected to testify about M&T Bank's policies and procedures regarding the retention, collection, and production of electronic data, including emails, on M&T Bank's information systems.

DATE: August 9, 2017
       Baltimore, MD

                                Respectfully submitted,

*[signature]*

Justin C. Eller
Admitted *pro hac vice*
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, MD 21202
Tel: (410) 385-3518
jeller@milesstockbridge.com

Sean D. Ronan
M&T Bank
Legal Department, 12th Floor
One M&T Plaza
Buffalo, NY 14203
Tel: (716) 842-5401
sronan@mtb.com

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of August 2017, a copy of Defendants' Witness List was served via the Court's ECF system on:

> Ariel Y. Graff
> Robert W. Ottinger
> The Ottinger Firm, P.C.
> 20 West 55th Street, 6th Floor
> New York, NY 10019
>
> *Counsel for Plaintiff*

 Justin C. Eller